UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QASYCA AMURA, AKA CHARLES W. JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA SUPREME COURT,<br><br>Respondent. | No. 2:26-cv-00349 DJC CSK<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of mandamus.[1] Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

[1] On June 2, 2026, the Ninth Circuit Court of Appeals denied the petition for writ of mandamus. (ECF No. 9.)

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: July 27, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Amur349.100/2